# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JUAN MARTINEZ HERRERA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent. | No. ED CV 11-1464-JFW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 28, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE